**No. 10-10565. Jesus Perez Saldana, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

565 U.S. 840, 132 S. Ct. 151, 181 L. Ed. 2d 68, 2011 U.S. LEXIS 6118,

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-10566. David Joseph Sheehan, Petitioner v. Michelle Ricci, Administrator, New Jersey State Prison, et al.**

565 U.S. 840, 132 S. Ct. 151, 181 L. Ed. 2d 68, 2011 U.S. LEXIS 6107.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-10569. Richard Albert Rowzie, Petitioner v. Virginia.**

565 U.S. 840, 132 S. Ct. 151, 181 L. Ed. 2d 68, 2011 U.S. LEXIS 6098.

October 3, 2011. Petition for writ of certiorari to be Supreme Court of Virginia denied.

**No. 10-10573. Michael Dearing, Petitioner v. Frank Chavez, Warden.**

565 U.S. 841, 132 S. Ct. 152, 181 L. Ed. 2d 68, 2011 U.S. LEXIS 6205.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 408 Fed. Appx. 23.

**No. 10-10575. Melecio M. Cardona, Petitioner v. California.**

565 U.S. 841, 132 S. Ct. 152, 181 L. Ed. 2d 68, 2011 U.S. LEXIS 6354.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of California denied.

**No. 10-10580. Tim Ray Sacora, Larry L. Beaman, and Todd H. Sonobe, Petitioners v. Jeff E. Thomas, Warden.**

565 U.S. 841, 132 S. Ct. 152, 181 L. Ed. 2d 68, 2011 U.S. LEXIS 6179.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 628 F.3d 1059.

**No. 10-10581. Vernon Lamar Yancey, Petitioner v. Alabama.**

565 U.S. 841, 132 S. Ct. 152, 181 L. Ed. 2d 68, 2011 U.S. LEXIS 6133.

October 3, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Alabama denied.

Same case below, 65 So. 3d 452.

**No. 10-10583. Arthur S. Thompson, Petitioner v. Missouri Department of Corrections, et al.**

565 U.S. 841, 132 S. Ct. 152, 181 L. Ed. 2d 68, 2011 U.S. LEXIS 6236.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.